UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Amber Kidd**

**On behalf of Herself and
all others similarly situated,**

      **Plaintiff,**

      v.                                                     **Case No. 24-cv-356**

**Drexel Building Supply, Inc.,
Drexel Systems, LLC.,**

      **Defendants.**

## JOINT RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

The parties, by their attorneys, hereby move the Court to grant preliminary approval to the parties' settlement agreement that is attached to this Motion as Exhibit 1; and to authorize the parties to send to potential class members the Notice of Settlement, Opt-In Form, and Opt-Out Form that are attached to this settlement agreement as Exhibits 2, 3, and 4. Simultaneously the parties are filing with the Court a stipulation for final collective certification and Rule 23 certification. This motion is supported by the parties' Class Certification Stipulation, a Memorandum of Law and the docket entries cited therein, and the Declarations of Julie Korth and Yingtao Ho.

The parties respectfully move the Court to enter an order that:

    i.    Preliminarily approves the settlement memorialized in the settlement agreement as fair, reasonable, and adequate;

    ii.    Certifies the FLSA Collective as a collective action under 29 U.S.C. § 216(b) for purposes of settlement only;

   iii. Certifies the Rule 23 Class as a class action under Fed. R. Civ. P. 23 for the purposes of settlement only;

   iv. Appoints Amber Kidd as the representative of the FLSA Collective and Rule 23 Class;

   v. Appoints The Previant Law Firm, S.C. as Class Counsel for the FLSA Collective and Rule 23 Class;

   vi. Approves the Notice of Class and Collective Action and Proposed Settlement (the "Notice") attached to this Motion as Exhibit 2, the Opt-in Form attached to this Motion as Exhibit 3, and the Opt-out Form attached to this Motion as Exhibit 4 for distribution to all potential class members;

   vii. Directs that any potential collective members who wish to be included in the FLSA collective action must opt-in pursuant to the instructions set forth in the Notice, and that any such response must be post-marked no later than 30 days after the Notice is mailed to potential collective members;

   viii. Directs that any potential class members who wish to be excluded from the Rule 23 Class must opt-out pursuant to the instructions set forth in the Notice, and that any such responses must be postmarked no later than 30 days after the Notice is mailed to potential class members;

   ix. Directs that any potential class members who have not properly and timely requested exclusion from the Rule 23 Class will be bound in the event the Court issues a final order that approves the parties' settlement agreement;

   x. Schedules a Fairness Hearing to determine whether the settlement agreement should be approved as fair, reasonable, and adequate;

   xi. Directs Class Counsel to file a Petition for Approval of Attorneys' Fees and Costs and Named Plaintiff Incentive Awards, and that the Parties will file their Joint Motion for Final Settlement Approval ("Final Approval Motion") at least fourteen (14) calendar days prior to the Fairness Hearing; and

   xii. Directs that any Class Member or Collective Member who wishes to object in any way to the Agreement must file and serve such written objections pursuant to the instructions set forth in the Notice no later than thirty (30) calendar days after the Notice is mailed to Settlement Class members, together with copies of all papers in support of his or her position.

Submitted this 29th day of August, 2025.

    /s/Yingtao Ho
Yingtao Ho
THE PREVIANT LAW FIRM, S.C.
Attorney for Plaintiffs
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI   53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: yh@previant.com

Attorney for Plaintiff

/s/ Eric Kaplan
Eric D. Kaplan
Kaplan & Gournis, P.C.
One South Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 726-0531 (Telephone)
(312) 726-4928 (Fax)
ekaplan@kpglaw.com

Attorney for Defendants