**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

Amber Kidd

On behalf of Herself and
all others similarly situated,

       **Plaintiff,**

    **v.**                                                                          **Case No.  24-cv-356**

Drexel Building Supply, Inc.,
Drexel Systems, LLC.,

       **Defendants.**

---

### JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

---

Plaintiff Amber Kidd along with the collective and class members that she represents, along with Defendants Drexel Building Supply, Inc. and Drexel Systems, LLC (together, "Drexel"), hereby move the Court to grant final approval to their settlement agreement ("Agreement").  The Parties request that the Court grant the following relief:

    1.    Approves the Agreement as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

    ii.    Declares that the Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

    iii.    Declares the Agreement to be binding on Drexel, the Named Plaintiffs, all Collective Members, and all Class Members;

    iv.    Approves the computation of payouts for the Named Plaintiff, Collective Members, and Class Members shown in Exhibit 3 to the Declaration of Yingtao Ho; and

    v.    Dismisses with prejudice the Named Plaintiffs', Class Members', and Collective Members' claims in the Lawsuit; and

    vi.    Dismisses the Lawsuit on the merits with prejudice.

This motion is supported by the attached Memorandum of Law, the Amended Declaration of Julie Korth, the Declaration of Yingtao Ho and exhibits attached thereto, and the additional parts of the docket referenced by the Memorandum of Law.

Dated this 25th day of November, 2025.

s/Yingtao Ho
Yingtao Ho
Email: yh@previant.com
Wis.  Bar #1045418
Attorney for Plaintiffs
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI   53203
Telephone: 414-271-4500
Fax: 414-271-6308

/s/ Eric Kaplan
Eric D. Kaplan
Kaplan & Gournis, P.C.
One South Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 726-0531 (Telephone)
(312) 726-4928 (Fax)
ekaplan@kpglaw.com

Attorney for Defendants