January 5, 2026

Hon. William Conley
U. S. District Court for the
Western District of Wisconsin
120 North Henry Street
Madison, WI  53703

      Re:    Kidd et al. v. Drexel
              Case No. 24-CV-356

Dear Judge Conley:

The parties are filing with the Court their revised settlement agreement; a notice of settlement, opt-in form, and opt-out form that the parties propose to send to the 61 individuals who are eligible to recover on the Jackson Liquidated Damages claim; and a decertification notice that the parties propose to send to persons who are members of the Focus on Family and Drexel Book Club subclasses, who are not eligible to participate in the Jackson Liquidated Damages claim.

The material changes that the parties have made to their settlement agreement include the following:

1. The parties have re-written the definition of the collective and class to only include the claim for liquidated damages on backpay Drexel already paid to employees for adjusting their punch-in and meal punch-in times before computing their number of hours worked;

2. On the Book Club and Focus on Family claims, the parties have agreed that Drexel will make payment to the Named Plaintiff only.   The parties agree that the Court should decertify the Book Club and Focus on Family subclasses;

3. The parties have agreed to send a new Notice Package to the 61 individuals who are eligible to participate in the Jackson Liquidated Damages claim, and to give all 61 individuals a new window of 30 days to either opt into the FLSA settlement or opt out of the Rule 23 settlement.  Because there has been a material change to the settlement agreement, in that the Book Club and Focus on Family claims are no longer treated as collective and class claims, the parties have agreed to disregard any opt-in and opt-out forms that potential class members previously submitted;

4. The parties have agreed to send a Decertification Notice to all collective and class members who are members of the Focus on Family and Drexel Book

Page 2

        Club subclasses but are not eligible to participate in the Jackson Liquidated Damages claim. The decertification notices will inform these former collective and class members about the decertification, that they will not receive any payments through the settlement, and that they have not released any claims against Drexel;

5. The parties have agreed to more limited releases for collective and class members, so that the only claim released is the claim for liquidated damages on backpay that collective and class members have already received, because Drexel adjusted their punch-in and meal punch-in times before computing their number of hours worked;

6. The parties have agreed to treat all payments on the Jackson Liquidated Damages Claim as non-wages, so that collective and class members will not be charged any employment taxes on their payments for the Claim.

If all of the submitted papers meet the Court's approval, the parties respectfully request that the Court enter an order that (1) decertifies the Book Club and Focus on Family Subclasses; (2) grants preliminary approval to the revised settlement agreement; (3) approves the revised notice package and Decertification Notice for distribution; and (4) sets a new date for a Fairness Hearing.

If the Court has any questions about the submitted papers, the parties will be prepared to answer them during the scheduled January 16, 2026 Status Conference.

Very truly yours,

THE PREVIANT LAW FIRM, S.C.

s/Yingtao Ho
Yingtao Ho
414-223-0437 (Direct)
yh@previant.com

yh