IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMBER KIDD, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

DREXEL BUILDING SUPPLY, INC. and
DREXEL SYSTEMS, LLC,

Defendants.

ORDER

24-cv-356-wmc

---

Having considered the parties' motion for preliminary approval of their revised settlement agreement ("motion") and supporting papers, the court ORDERS AS FOLLOWS:

(1) the previously certified Book Club and Focus on Family Subclasses are DECERTIFIED;

(2) the court preliminarily approves the revised settlement memorialized in the revised settlement agreement as fair, reasonable, and adequate;

(3) the court approves the revised notice package and Decertification Notice for distribution;

(4) the court will hold a fairness hearing to determine whether the revised settlement agreement should be approved as fair, reasonable, and adequate, as well as whether class counsel's petition for attorneys' fees, costs and class representative incentive awards should be approved on March 5, 2026, at 2:00 p.m.;

(5) at least 14 days before that hearing, the court directs (a) class counsel to file a petition for approval of attorneys' fees and costs and named plaintiff incentive awards and (b) the parties to file their joint motion for final settlement approval ("final approval motion"); and

(6) no later than thirty (30) calendar days after the notice is mailed to settlement class members, the court directs that any class member or collective member who wishes to object in any way to the agreement must file and serve such written objections consistent with the instructions set forth in the notice.

Entered this 9th day of January, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2