UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Amber Kidd
On behalf of Herself and
all others similarly situated,

      ORDER

    Plaintiff,

v.

      Case No. 24-cv-356

Drexel Building Supply, Inc.,
Drexel Systems, LLC.,

    Defendants.

---

Having considered the parties' Motion for Final Settlement Approval, supporting documents and representations by counsel for both sides at today's supplemental hearing, that motion is GRANTED.

1. More specifically, the court approves the parties Amended Settlement Agreement as fair, reasonable, and adequate under Fed. R. Civ. P. 23(e) and represents a fair and reasonable resolution of a bona fide dispute under the FLSA.

2. The Amended Settlement Agreement is binding on both Drexel Defendants, the Named Plaintiff, along with all Collective and Class Members.

3. Consistent with the Amended Settlement Agreement, the court also approves the computation of payouts for the Named Plaintiff, Collective Members, and Class Members as proposed at dkt. #65-1.

4. The court further DISMISSES WITH PREJUDICE all claims advanced by the Named Plaintiff, and all collective and class claims advanced by Collective and Class Members as now amended.

5. The court dismisses this lawsuit on the merits with prejudice as to the now amended claims.

Dated this 5th day of March, 2026.

BY THE COURT:

_____
WILLIAM CONLEY
District Court